918

No. A–1039. G. E. M. CORP., DBA GENE THOMAS CASCADE LOUNGE *v.* LIQUOR CONTROL COMMISSION OF OHIO. Application for stay of judgment of the Supreme Court of Ohio, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–1042. MATHIAS ET AL. *v.* DERRICK ET AL. Application for stay of judgment of the United States District Court for the Western District of Texas, Waco Division, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. 74–6257. GREGG *v.* GEORGIA. Sup. Ct. Ga. [Certiorari granted, 423 U. S. 1082.] Motion of respondent for leave to file supplemental brief after argument granted.

No. 75–44. BURRELL ET AL. *v.* McCRAY ET AL. C. A. 4th Cir. [Certiorari granted, 423 U. S. 923.] Motion of respondents for leave to file second supplemental brief, after argument, granted.

No. 75–443. CAREY, GOVERNOR OF NEW YORK, ET AL. *v.* POPULATION SERVICES INTERNATIONAL ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted.

No. 75–1157. TOWN OF LOCKPORT, NEW YORK, ET AL. *v.* CITIZENS FOR COMMUNITY ACTION AT THE LOCAL LEVEL, INC., ET AL. Appeal from D. C. W. D. N. Y. Probable jurisdiction noted.

No. 75–1407. TRAINOR, DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC AID, ET AL. *v.* HERNANDEZ ET UX. Appeal from D. C. N. D. Ill. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.